**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF AUGUST 4, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
WD77216       Christopher O. Frasure vs. State of Missouri


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
WD77012       State of Missouri vs. Randall G. Evans
WD77676       State of Missouri vs. Tamara Lynn Sandifer